**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02945-CMA-KLM

RANDALL C. MUSTAIN-WOOD,

    Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF RECUSAL**

---

This matter is before me on a review of the file. Based on my business connection with Northwestern Mutual Life as well as my close personal relationship with my agent at Northwestern Mutual, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Court and that the case be reassigned by random draw.

DATED:  December __08__, 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge