UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02945-WYD-KLM

RANDALL C. MUSTAIN-WOOD,

    Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on Defendant's Unopposed Motion To Appear By Telephone At Hearing To Determine The Exact Amount Of Benefits Owed To Plaintiff [ECF No. 69].  After careful consideration, it is

    ORDERED that the defendant's motion [ECF No. 69] is **GRANTED**.  **Robb Keech, my Courtroom Deputy, will contact defense counsel immediately prior to the hearing to set up the conference call**.

    Dated:  October 2, 2013.