**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   October 18, 2013 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **10-cv-02945-WYD-KLM**         Counsel:

**RANDALL C. MUSTAIN-WOOD**,                    Cameron W. Tyler

       Plaintiff,

v.

**NORTHWESTERN MUTUAL LIFE**                   Andrew M. Altschul
**INSURANCE COMPANY**,

       Defendant.

**COURTROOM MINUTES**

**IN CAMERA HEARING**

**10:08 a.m.**     Court in Session

          APPEARANCES OF COUNSEL.  Andrew M. Altschul appears telephonically.

          Court's opening remarks.

          Plaintiff's Motion for Attorney's Fees [ECF Doc. No. 40], filed April 30, 2013, and Plaintiff's Motion for Award of Prejudgment Interest [ECF Doc. No. 41], filed April 30, 2013, are raised for argument.

10:13 a.m.     Argument by Defendant (Mr. Altschul).

10:24 a.m.     Argument by Plaintiff (Mr. Tyler).

10:26 a.m.     Argument by Defendant (Mr. Altschul).

| | |
|---|---|
| 10:29 a.m. | Argument by Plaintiff (Mr. Tyler). |
| 10:32 a.m. | Argument by Defendant (Mr. Altschul). |
| 10:32 a.m. | Argument by Plaintiff (Mr. Tyler). |
| 10:32 a.m. | Argument by Defendant (Mr. Altschul). |
| 10:33 a.m. | Argument by Plaintiff (Mr. Tyler). |
| 10:36 a.m. | Argument by Defendant (Mr. Altschul). |
| 10:38 a.m. | Argument by Plaintiff (Mr. Tyler). |
| 10:39 a.m. | Argument by Defendant (Mr. Altschul). |

**ORDERED:** Plaintiff's Motion for Attorney's Fees [ECF Doc. No. 40], filed April 30, 2013, is **DEFERRED.**

**ORDERED:** Plaintiff's Motion for Award of Prejudgment Interest [ECF Doc. No. 41], filed April 30, 2013, is **DEFERRED.**

**ORDERED:** Parties shall file a joint status report, addressing joint efforts to settle the case and the Court's role in that process, not later than **Friday, October 25, 2013.**

**10:46 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :38**