IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02945-WYD-KLM

RANDALL C. MUSTAIN-WOOD,

    Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Notice Of Dismissal With Prejudice [ECF No. 77], filed on December 16, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Notice Of Dismissal With Prejudice [ECF No.77], filed on December 16, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  December 17, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge